Case 12-22209-mkn    Doc 59    Entered 07/23/13 09:38:48    Page 1 of 2



_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 23, 2013

HOWARD C. KIM, ESQ.
Nevada Bar No. 10386
E-mail: howard@hkimlaw.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@hkimlaw.com
KATHERINE C.S. CARSTENSEN, ESQ.
Nevada Bar No. 10656
E-mail: katherine@hkimlaw.com
HOWARD KIM & ASSOCIATES
400 N. Stephanie St, Suite 160
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301

*Attorneys for David A. Rosenberg, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.: BK-S-12-22209-mkn<br>Chapter 7 |
|---|---|
| CH ANGELUS II LLC. | |
| Debtor. | **STIPULATION AND ORDER TO CONTINUE HEARING DATE ON MOTION TO DISMISS BANKRUPTCY CASE PURSUANT TO 11 U.S.C. § 707** |
| | Continued Hearing Date: November 6, 2013<br>Continued Hearing Time: 9:30 A.M. |

IT IS HEREBY STIPULATED by and between David A. Rosenberg, Chapter 7 Trustee ("Trustee") for the bankruptcy estate of CH Angelus II, LLC ("Angelus II), by and through his counsel of record, Howard Kim and Associates, and Zachariah Larson ("Larson"), counsel for Barry R. Moore and Janie Moore as Co-Trustees of The BAMM Living Trust Dated July 16,

- 1 -

2003, Groth, LLC, CH Pichon, LLC, and Harlan LLC through their managing member John O'Brien (collectively referred to as the "Angelus II Members"), that the hearing on the Angelus II Members' **Motion to Dismiss Bankruptcy Case Pursuant to 11 U.S.C. § 707** [Dkt. No. 14] shall be continued until **November 6, 2013**, or a later date to be determined by the parties depending on the outcome of Trustee's Motion to Disqualify Counsel for John D. O'Brien Profit Sharing Plan and Counsel for Barry R. Moore and Janie Moore as Co-Trustees of The BAMM Living Trust Dated July 16, 2003, Groth, LLC, CH Pichon, LLC, and Harlan LLC Through Their Managing Member John O'Brien ("Motion to Disqualify") [Case No. 09-31603-MKN, Dkt. No. 524] currently pending in the William A. Gayler bankruptcy case, Case No. 09-31603-MKN.

**IT IS SO STIPULATED.**

HOWARD KIM & ASSOCIATES

**/s/**Howard C. Kim
Howard C. Kim, Esq.
Nevada Bar No. 10386
400 N. Stephanie St. Suite 160
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301

*Attorneys for David A. Rosenberg, Chapter 7 Trustee*

LARSON & ZIRZOW, LLC

**/s/**Zachariah Larson
Zachariah Larson, Esq.
Nevada Bar No. 7787
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Facsimile: (702) 382-1169

*Attorney for Managing Member and Equity Interest Holders in CH Angelus II, LLC*

**IT IS SO ORDERED.**