**DOTAN Y. MELECH**
*Federal Bankruptcy Trustee*
9030 W. Sahara Suite 467
Las Vegas, NV 89117
(702) 586-7413 Fax (871) 225-7173
dym@unitedtrustee.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Chapter 7 |
| | Case No. 12-22209-MKN |
| CH ANGELUS II, LLC | **TRUSTEE'S STATUS REPORT** |
| Debtor(s). | |

DOTAN Y. MELECH, the duly appointed, qualified Federal Bankruptcy Trustee herein, submits this Trustee's Status Report for the above referenced case to the Court.

STATEMENT OF FACTS

1. The Chapter 7 Voluntary Petition was filed on 10/30/2012 and David A. Rosenberg was appointed as Chapter 7 Trustee.

2. Trustee Rosenberg was terminated as Trustee and Dotan Y. Melech was added to the case as the newly appointed Chapter 7 Trustee on 4/18/2014.

3. Since that time, Trustee Melech has reviewed information filed within the case and had determined the following;

    a. The 341 Meeting of Creditors has been concluded, the Notice of Assets was filed, and the Proof of Claims due date has passed.

    b. There have been 8 claims filed to date. All claims list "Unknown" for the "Amount of Claim as of Date Case Filed" on the Proof of Claim form.

Dotan Y. Melech, BSE.MBA

TRUSTEE

Additional research will need to be done to determine the validity and accurate amounts of these claims.

c.  A Motion to Dismiss the bankruptcy case was filed on 12/18/2012 as Docket No. 14.  The hearing was originally set for 1/23/2013 and continued to 4/3/2013, 5/1/2013, 6/5/2013, 7/10/2013, 7/17/2013, and 11/6/2013.

d.  An Order Vacating the Hearing was entered on 10/31/2013 as Docket No. 67 with a status hearing regarding the Dismissal Motion to be set once the Court has ruled on the Disqualification Motion pending in the William Gayler Chapter 7 bankruptcy proceeding as case number 09-31603.  This motion has been denied.

4.  The Trustee is still in the review process and research stage pertaining to the potential assets of the case, such as the $422,100.00 that is being held in settlement from the State Court proceedings.

5.  The Trustee has recently retained counsel and a Motion to Employ Shelley D. Krohn will be filed shortly.

THEREFORE, we kindly request that the Court vacate the Status Conference being held Friday, May 16, 2014 at 2:00 p.m. or in the alternative, grant a thirty day continuance.

/s/ Dotan Y. Melech
DOTAN Y. MELECH,
FEDERAL BANKRUPTCY TRUSTEE